## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location:
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

FILED
NOV 02 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

MAG

### OFFENSE CHARGED

COUNT 1: 18 U.S.C. § 13, assimilating Cal. Penal Code § 653m(b) – Making Telephone Calls or Contact by Electronic Communication Device with Intent to Annoy (Class B Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: COUNT 1: 6 months imprisonment, $1,000 fine, 5 years probation, $10 mandatory special assessment fee.

### DEFENDANT - U.S

Sophia De Anda, a/k/a/ Juan De Anda

DISTRICT COURT NUMBER

CR18 0538

DEFENDANT

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any): **VA Police**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: **ALEX G. TSE**
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): **DENISE M. OKI**

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT

Bail Amount: _____

If Summons, complete following:
☒ Arraignment  ☒ Initial Appearance

Defendant Address:
2451 Sacramento Street, #906
San Francisco, CA 94115

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: **11/27/18 at 9:30am**   Before Judge: **Hixson**

Comments: VA Police to serve summons.

1  ALEX G. TSE (CABN 152348)
   United States Attorney

2

3  BARBARA J. VALLIERE (DCBN 439353)
   Chief, Criminal Division

4  DENISE M. OKI (CABN 311212)
   Special Assistant United States Attorney

5

6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495

7  Telephone: (415) 436-7196
   FAX: (415) 436-7234

8  Email: denise.oki@usdoj.gov

9  Attorneys for United States of America

**FILED**

NOV 02 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. **CR18 0538** |
|---|---|
| Plaintiff, | ) <u>VIOLATION</u>: |
| v. | ) 18 U.S.C. § 13, assimilating Cal. Penal Code § 653m(b) – Making Telephone Calls or Contact by Electronic Communication Device with Intent to Annoy (Class B Misdemeanor) |
| SOPHIA DE ANDA, a/k/a Juan De Anda, | |
| Defendant. | ) SAN FRANCISCO VENUE |

MAG

<u>INFORMATION</u>

The United States Attorney charges:

<u>COUNT ONE</u>: (18 U.S.C. § 13, assimilating Cal. Penal Code § 653m(b) – Making Telephone Calls or Contact by Electronic Communication Device with Intent to Annoy)

Beginning on or about September 6, 2018, until on or about September 24, 2018, in the

INFORMATION                                                                                   V. 7/10/2018

Northern District of California, within the special maritime and territorial jurisdiction of the United States, the defendant,

SOPHIA DE ANDA,
a/k/a Juan De Anda,

made repeated telephone calls and repeated contact to employees of the Veteran's Affairs Office in Palo Alto, by means of an electronic device, and made any combination of calls and contact, to another person, whether or not conversation ensued from making the telephone call and contact by means of an electronic communication device, with intent to annoy and harass, in violation of Title 18, United States Code, Section 13, assimilating California Penal Code, Section 653m(b), a Class B misdemeanor.

DATED: Nov. 2, 2018

ALEX G. TSE
United States Attorney

_____
LAURA VARTAIN
Deputy Chief, General Crimes

(Approved as to form: __Denise Oki__)
DENISE M. OKI
Special Assistant United States Attorney

INFORMATION                                                         V. 7/10/2018