UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOPHIA DE ANDA,<br><br>Defendant. | Case No. 18-cr-00538-TSH-1<br><br>**FINAL PRETRIAL ORDER** |

On July 2, 2019, the Court held a pretrial conference in this matter. This Order summarizes the Court's rulings and information about how the trial will be conducted.

1. The trial will proceed in Courtroom A as follows: The trial will start on July 8, 2019 and end on July 9, 2019. Trial will begin each day at 11:30 a.m. with a 15-minute break at 2:30 p.m., and will conclude at 5:00 p.m.
2. Opening statements must be limited to 30 minutes per side and closing statements must be limited to 30 minutes per side, including rebuttal.
3. Based on the parties' representations as to the amount of time needed for direct and cross of the witnesses, the Court limits testimony as follows (direct and cross): Ann LeFevre (2 hours), Philip Witter (30 minutes), Li Gapasin (30 minutes), and Dr. Patty (2 hours).
4. Any objections to evidence should consist of a citation to the Federal Rule(s) of Evidence at issue and the applicable generic description (e.g. "relevance.").
5. The parties must rise when making an objection and seek leave to approach witnesses.
6. The parties shall have their exhibits marked and copies in binders. The exhibits, along with exhibit and witness lists, must be delivered to the Clerk's Office by noon on Friday, July 5, 2019.

**IT IS SO ORDERED.**

Dated: July 2, 2019

THOMAS S. HIXSON
United States Magistrate Judge