DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DENISE M. OKI (CABN 311212)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7196
    FAX: (415) 436-7234
    Email: denise.oki@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 18-0538 TSH |
|---|---|---|
| Plaintiff, | ) | **UNITED STATES' AMENDED EXHIBIT LIST** |
| v. | ) | Trial Date:   July 8, 2019 |
|  | ) | Trial Time:   11:00 a.m. |
| SOPHIA DE ANDA, | ) | Court:   Hon. Thomas S. Hixson |
| a/k/a Juan De Anda, | ) |  |
| Defendant. | ) |  |

    The United States may offer the following exhibits at trial in the above-captioned matter and asks leave to supplement the list as necessary. The items in bold designate any change from the Exhibit List filed on June 5, 2019, at Docket Entry 28:

| Ex. No. | Exhibit Description | Date Marked | Date Admitted | Bates Range | Sponsoring Witness |
|---|---|---|---|---|---|
| 1 | **7/10/18 Email From Ann LeFevre forwarding** 7/10/18 email from DE ANDA to Ann LeFevre, Philip Witters, Li Gapasin and numerous others with subject line: "VA Palo Alto Female Veterans Secret Waitlist Longer Than Makes Waitlist!!!" |  |  | US-000006 - 07 | Ann LeFevre, Philip Witters, or Li Gapasin |

| Ex. No. | Exhibit Description | Date Marked | Date Admitted | Bates Range | Sponsoring Witness |
|---|---|---|---|---|---|
| 2 | 7/10/18 Email from DE ANDA to Ann LeFevre, Philip Witters, Li Gapasin and numerous others with subject line "VA PALO ALTO FAKE DENTAL LIST CAUSING SUICIDES" **responding to a 1/18/18 Email from Philip Witters re Dental List** | | | US-000009 - 13 | Ann LeFevre, Philip Witters, or Li Gapasin |
| 3 | 7/10/18 Email from DE ANDA to Ann LeFevre, Philip Witters, Li Gapasin and numerous others with subject line "Response From VA Palo Alto Primary Care Provider" **responding to a 7/10/18 Email from DE ANDA to Ann LeFevre and Li Gapasin with the subject line "Court Slaps VA With Damages After Finding It Liable in Suicide of Kansas City Veteran."** | | | US-000014 - 16 | Ann LeFevre, Philip Witters, or Li Gapasin |
| 4 | 7/11/18 Email from DE ANDA to Ann LeFevre, Philip Witters, Li Gapasin and numerous others with subject line "VA White House Hotline Ticket#73367 Investigation Denial Of Inpatient Treatment" | | | US-000017 - 18 | Ann LeFevre, Philip Witters, or Li Gapasin |
| 5 | **8/1/18 Email from Ann LeFevre forwarding the** 7/31/18 Email from DE ANDA to Ann LeFevre and numerous others with subject line "VA Palo Alto Reject San Francisco Vet Center Treatment" | | | US-000021 - 22 | Ann LeFevre, Philip Witters, or Li Gapasin |
| 6 | 8/15/18 Phone call from DE ANDA to Ann LeFevre | | | US-000117 | Ann LeFevre |
| 7 | 8/29/18 Letter to DE ANDA from the Lisa Howard, Acting Director of VA Sierra Pacific Health Care Network | | | US-000023 - 24 | Ann LeFevre, Philip Witters, or Li Gapasin |

| Ex. No. | Exhibit Description | Date Marked | Date Admitted | Bates Range | Sponsoring Witness |
|---|---|---|---|---|---|
| 8 | 9/6/18 Email from DE ANDA to Ann LeFevre, Philip Witters, and Li Gapasin and numerous others with subject line "VA Palo Alto Orders Patient De Anda To Commit Suicide And Now Deceased." **responding to a letter sent to DE ANDA with the Subject Line "Letter from VISN 21."** | | | US-000026 - **33** | Ann LeFevre, Philip Witters, or Li Gapasin |
| 9 | 9/17/18 Email from DE ANDA to Ann LeFevre, Philip Witters, and Li Gapasin and numerous others with subject line "VA Palo Alto Forces Veterans To Have Sex With VA Employees!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!." | | | US-000118-119 | Ann LeFevre, Philip Witters, or Li Gapasin |
| 10 | 9/24/18 Email from DE ANDA to Ann LeFevre, Philip Witters, and Li Gapasin and numerous others with subject line "VA Palo Alto Director Engaging In Human Trafficking." | | | US-000094-95 | Ann LeFevre, Philip Witters, or Li Gapasin |
| 11 | 9/24/18 Email from DE ANDA to Ann Lefevre, Philip Witters, and Li Gapasin and numerous others with subject line"VA Palo Alto Forcing Me To Leave CHOICE PROGRAM." | | | US-000096-97 | Ann LeFevre, Philip Witters, or Li Gapasin |
| 12 | 10/11/18 Email from DE ANDA to Ann LeFevre, Philip Witters, and Li Gapasin and numerous others with subject line "VA Palo Alto Denying Access To My Gynocologist & Need HELP!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!" | | | US-000136 – 1**41** | Ann LeFevre, Philip Witters, or Li Gapasin |
| 13 | **10/30/18 Email from Ann LeFevre forwarding the** 10/30/18 Email from DE ANDA to Ann LeFevre, Philip Witters, and Li Gapasin and numerous others with subject line "VA Palo Alto Anti-Semitic Attacks on Veterans Patients" | | | US-000103 – 104 | Ann LeFevre, Philip Witters, or Li Gapasin |

| Ex. No. | Exhibit Description | Date Marked | Date Admitted | Bates Range | Sponsoring Witness |
|---|---|---|---|---|---|
| 14 | **10/31/18 Email from Ann LeFevre forwarding the** 10/31/18 Email from DE ANDA to Ann LeFevre, Philip Witters, and Li Gapasin and numerous others with subject line "VA Palo Alto, San Francisco VA Medical Center, VSIN 21 Employees Plotting to Kill Veteran Whistleblowers!!!!!!!!" | | | US-000105 – 107 | Ann LeFevre, Philip Witters, or Li Gapasin |
| 15 | 10/31/18 Statement of Ann LeFevre | | | US-000108 – 110 | Ann LeFevre |
| 16 | 11/8/18 Email from DE ANDA to Ann LeFevre, Philip Witters, and Li Gapasin and numerous others with subject line "VA Palo Alto Gives Final Approval To Commit Suicide And Join Dead Veterans" | | | US-000121 – 123 | Ann LeFevre, Philip Witters, or Li Gapasin |
| 17 | 11/9/18 Email from DE ANDA to Ann LeFevre, Philip Witters, and Li Gapasin and numerous others with subject line "VA Palo Alto Denying Gynocolgist For Veteran's Day" | | | US-000132 - 133 | Ann LeFevre, Philip Witters, or Li Gapasin |
| 18 | 11/14/18 Email from DE ANDA to Ann LeFevre, Philip Witters, and Li Gapasin and numerous others with subject line "VA Palo Alto Criminal Conduct Ordering Patients To Pay Massages For Money" | | | US-000126 – 128 | Ann LeFevre, Philip Witters, or Li Gapasin |
| 19 | 11/16/18 Email from DE ANDA to Ann LeFevre, Philip Witters, and Li Gapasin and numerous others with subject line "VA Palo Alto Illegally Using Conversion Therapy Against Transgender Veteran!!!!!" | | | US-000153 – 154 | Ann LeFevre, Philip Witters, or Li Gapasin |
| 20 | 5/17/19 Interview report of Phillip Witters | | | US-000155 – 157 | Phillip Witters |
| 21 | 5/17/19 Interview report of Li Gapasin | | | US-000158 – 160 | Gapasin |

1
2  DATED:                                      Respectfully submitted,
3                                              DAVID L. ANDERSON
                                               United States Attorney
4
5
                                               _____/s_____
6                                              DENISE M. OKI
                                               Special Assistant United States Attorney
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

US AMENDED EXHIBIT LIST                5
18-CR-538 TSH