# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br><br>SOPHIA DE ANDA aka JUAN DE ANDA | )  **JUDGMENT IN A CRIMINAL CASE**<br>)  (For a Petty Offense)<br>)<br>)  USDC Case Number: 18-cr-00538-TSH-1<br>)  BOP Case Number:<br>)  USM Number:<br>)  Defendant's Attorney:  Gabriela Bischoff, FPD<br>)                                         Sophia Whiting, FPD |

**THE DEFENDANT:**

( )  THE DEFENDANT pleaded guilty to count(s):

( )  THE DEFENDANT pleaded nolo contendere to count(s):

( )  THE DEFENDANT was found guilty on count(s):

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| COUNT1:18 U.S.C § 13, assimilating Cal. Penal Code § 653m (b) (Class B Misdemeanor) | Making Telephone Calls or Contact by Electronic Communication Device with Intent to Annoy (Class B Misdemeanor) | | 1 |
| 18:13, (assimilating Cal. Penal Code 653m(b) - (1s) | Making Telephone Calls or Contact by Electronic Communication Device with Intent to Annoy | | 1s |
| | | | |
| | | | |

The defendant is sentenced as provided in pages 2 through __ of this judgment.

(X)  The defendant has been found not guilty on count(s): _____1, 1s_____.

( )  Count(s) _____ is/are dismissed on the motion of the United States.

      It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:

Defendant's Year of Birth:

City and State of Defendant's Residence:
2451 Sacramento Street, #906
San Francisco, CA 94115

7/11/2019
Date of Imposition of Judgment

Signature of Judge
The Honorable Thomas S. Hixson

Thomas S. Hixson, United States Magistrate Judge
Name & Title of Judge

July 11, 2019
Date

DEFENDANT: Juan De Anda                                                         Judgment - Page 2 of 7
CASE NUMBER:  18-cr-00538-TSH-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:


( )    The Court makes the following recommendations to the Bureau of Prisons:

( )    The defendant is remanded to the custody of the United States Marshal.  The appearance bond is hereby exonerated.

( )    The defendant shall surrender to the United States Marshal for this district:

    ( )    at _____ am/pm on _____ (no later than 2:00 pm).
    ( )    as notified by the United States Marshal.
    The appearance bond shall be deemed exonerated upon the surrender of the defendant.

( )    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ( )    at _____am/pm on _____ (no later than 2:00 pm).
    ( )    as notified by the United States Marshal.
    ( )    as notified by the Probation or Pretrial Services Office.
    The appearance bond shall be deemed exonerated upon the surrender of the defendant.


# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____ at

_____ , with a certified copy of this judgment.




_____
                            UNITED STATES MARSHAL

By _____
                         DEPUTY UNITED STATES MARSHAL

DEFENDANT:  Juan De Anda                                                          Judgment - Page 3 of 7
CASE NUMBER:  18-cr-00538-TSH-1

# PROBATION

The defendant is hereby sentenced to probation for a term of:  _____

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

( )    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

( )    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

( )    The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

( )    The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

( )    The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

# STANDARD CONDITIONS OF SUPERVISION

1)     The defendant shall not leave the judicial district without the permission of the court or probation officer;

2)     The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)     The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)     The defendant shall support his or her dependents and meet other family responsibilities;

5)     The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)     The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)     The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)     The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)     The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)    The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)    As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

CASE NUMBER:  18-cr-00538-TSH-1

## SPECIAL CONDITIONS OF SUPERVISION

DEFENDANT:  Juan De Anda
CASE NUMBER:  18-cr-00538-TSH-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ _____ | $ _____ | $ _____ |

( )      The determination of restitution is deferred until ____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

( )      The defendant must make restitution (including community restitution) to the following payees in the amount listed

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss⁻ | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **TOTALS** | $0.00 | $0.00 |  |

( )      Restitution amount ordered pursuant to plea agreement $ ____

( )      The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

( )      The court determined that the defendant does not have the ability to pay interest and it is ordered that:

      ( )      the interest requirement is waived for the fine/restitution.

      ( )      the interest requirement is waived for the fine/restitution is modified as follows:

          _____

---

⁻ Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: Juan De Anda                                                          Judgment - Page 6 of 7
CASE NUMBER:  18-cr-00538-TSH-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows¨:

**A**    ( )    Lump sum payment of ___ due immediately, balance due

    ☐   not later than ____ , or

    ☐   in accordance with        ( ) C,     ( ) D, or          ( ) E, and/or      ( ) F below); or

**B**    ( )    Payment to begin immediately (may be combined with     ( ) C,         ( ) D, or        ( ) F below); or

**C**    ( )    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of ___ over a period of _____ (e.g., months or years), to commence ___ (e.g., 30 or 60 days) after the date of this judgment; or

**D**    ( )    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of ___ over a period of _____ (e.g., months or years), to commence ___ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**    ( )    Payment during the term of supervised release will commence within __ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**    ( )    Special instructions regarding the payment of criminal monetary penalties:
**When incarcerated, payment of criminal monetary penalties are due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

( ) Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

( )    The defendant shall pay the cost of prosecution.
( )    The defendant shall pay the following court cost(s): _____
( )    The defendant shall forfeit the defendant's interest in the following property to the United States:
( )    The Court gives notice that this case involves other defendants who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment in the future, **but such future orders do not affect the defendant's responsibility for the full amount of the restitution ordered.**

---

¨ Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

DEFENDANT:  Juan De Anda
CASE NUMBER:  18-cr-00538-TSH-1
DISTRICT:  Northern District of California

### Judgment in a Criminal Case Personal Identification Attachment
### (Not for Public Disclosure)

The following unredacted personal identifiers are included with the judgment transmitted to the Attorney General per 18 U.S.C. § 3612(b). A copy of this attachment shall also be provided to the attorney for the defendant, the Probation and Pretrial Services Office, and the U.S. Sentencing Commission.

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, however, the personal data in this attachment are not for public disclosure and must not be filed with the Clerk of the Court unless redacted or under seal, as provided in the rule.

Defendant's Soc. Sec. No.:

Defendant's Date of Birth:

Defendant's Residential Address:

Defendant's Mailing Address:

*(if different)*